IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BELINDA ANDREWS-RAY, § § **Plaintiff,** § § v. § § BLUESTEM BRANDS, INC. d/b/a § FINGERHUT, § § **Defendant.** § | Civil Action No. 2:17-cv-03101-JHS |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

/s/ Adam T. Simons
Adam T. Simons, Esq.
McGuireWoods LLP
7 St. Paul Street, Suite 1000
Baltimore, MD 21202
(410) 659-4417
Fax: (410) 659-4484
Email: asimons@mcguirewoods.com
Attorney for the Defendant

Date: February 13, 2018

/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

Date: February 13, 2018

BY THE COURT:

*Joel Slomsky*
J.